| Fill in this information to identify the case: |
|---|
| Debtor 1     Ronald Scott Osborne |
| Debtor 2     Teresa Ann Osborne |
| (Spouse, if filing) |
| United States Bankruptcy Court for the SOUTHERN District of OHIO |
| Case number 3:15-bk-31320 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST    **Court claim no**. (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 8557

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

■ Yes. Date of the last notice: 12/06/2019

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | 9/24/2020 | (9) | $852.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Darrelyn Thomas                                              Date  10/07/2020
  Signature

Print    Darrelyn Thomas                                          Title  Authorized Agent
         First Name    Middle Name    Last Name

Company  Robertson, Anschutz, Schneid & Crane LLC

Address  10700 Abbott's Bridge Road, Suite 170
         Number        Street

         Duluth, GA 30097
         City                    State    ZIP Code

Contact Phone  470-321-7112                                       Email  dthomas@rascrane.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on  10/09/2020  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RONALD SCOTT OSBORNE
5587 DAYTON SPRINGFLD RD
SPRINGFIELD, OH 45502

TERESA ANN OSBORNE
5587 DAYTON SPRINGFLD RD
SPRINGFIELD, OH 45502

And via electronic mail to:

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH 45459

ASST US TRUSTEE (DAY)
OFFICE OF THE US TRUSTEE
170 NORTH HIGH STREET
SUITE 200
COLUMBUS, OH 43215-2417

JOHN G. JANSING
CHAPTER 13 TRUSTEE
131 NORTH LUDLOW ST
SUITE 900
DAYTON, OH 45402

By:  /s/Nora Stone
     Nora Stone
     nostone@rascrane.com