**Fill in this information to identify the case:**

Debtor 1    Ronald Scott Osborne

Debtor 2    Teresa Ann Osborne
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN       District of   OHIO
                                                               (State)

Case number   3:15-bk-31320

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**     Citibank, N.A., As Trustee For CMLTI Asset Trust      **Court claim no. (if known)**     9

**Last four digits** of any number you use to identify the debtors' account:     XXXXXX6918

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☒ Yes. Date of the last notice:   October 19, 2020

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | 4/20/2021, | (9) | $ 852.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Ronald Scott Osborne | Case number (*if known*) | 3:15-bk-31320 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/Melissa  Licker                                    Date    4/30/2021
      Signature

Print    Melissa                         Licker             Title    Authorized Agent
      First Name    Middle Name    Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
      Number        Street
      Roswell                        GA            30076
      City                            State        ZIP Code

Contact phone    732-902-5384            Email    Melissa.Licker@mccalla.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

In re:                                  )

                                       ) **Case No.** 3:15-bk-31320

Ronald Scott Osborne            ) **Chapter** 13

Teresa Ann Osborne               )

                                       ) **JUDGE:** Guy R Humphrey

                                       )

## **EXHIBIT B**

## ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| Insurance Advances (non-Escrow) | | $852.00 |
| 04/20/2021 | Homeowner's Insurance Advanced | $852.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:             **$852.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:

Ronald Scott Osborne
Teresa Ann Osborne

Bankruptcy Case No.:   3:15-bk-31320
Chapter:               13
Judge:                 Guy R Humphrey

## CERTIFICATE OF SERVICE

I, Melissa Licker, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ronald Scott Osborne
5587 Dayton Springfield Rd
Springfield, OH 45502

Teresa Ann Osborne
5587 Dayton Springfield Rd
Springfield, OH 45502

Wayne P Novick                          *(served via ECF Notification)*
2135 Miamisburg-Centerville Rd
Centerville, OH 45459

John G. Jansing, Trustee                *(served via ECF Notification)*
Chapter 13 Trustee
131 North Ludlow St
Suite 900
Dayton, OH 45402

Asst US Trustee (Day)                   *(served via ECF Notification)*
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   _____5/5/2021_____      By:   */s/Melissa Licker*
                     (date)                  Melissa Licker
                                             Authorized Agent for Citibank, N.A., As Trustee For CMLTI
                                             Asset Trust